**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HARRY CODADA,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GRACE ADULT DAY HEALTH** | : | **No. 13-2003** |
| **CARE INC., and TATIANA MATSVEYEVA.** | : | |
| | : | |

**O R D E R**

AND NOW, this 12th day of March, 2014, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, and Defendants' Reply to Plaintiff's Opposition, and following a hearing held on March 6, 2014, at which the parties were heard, it appearing that there are disputed issues to be decided by the finder of fact:

It is **ORDERED** that defendants' Motion is **DENIED**.

*/s/ Norma L. Shapiro*
_____
J.